COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Regina  Sophus v. New Hope Apartment and Homicide Division

Appellate case number:    01-14-00021-CV

Trial court case number:   1036595

Trial court:                      Co Civil Ct at Law No 3 of Harris County

On January 27, 2014, appellant filed a motion seeking an extension of time to appeal. The Court wishes to inform appellant of the following deadlines:

* Filing fees are due by February 7, 2014.

* The clerk's record and the reporter's record are due within 60 days from the date of the judgment signed in the trial court (in this case, within 60 days from December 10, 2013).  *See* TEX. R. APP. P. 35.1.

* Appellant's brief is due 30 days from the date the later of the clerk's record or the reporter's record have been filed.  *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
☒ Acting individually    ☐ Acting for the Court

Date:  January 30, 2014